**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MCGIP, LLC, ) | |
| ) | CASE NO.: 1:11-cv-02985 |
| Plaintiff, ) | |
| ) | Judge: Hon. Harry D. Leinenweber |
| v. ) | |
| ) | Magistrate Judge: Hon. Arlander Keys |
| DOES 1 – 24 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe Defendants in this case. The Doe Defendants have filed neither an answer to the Complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

-2-

        Respectfully submitted,

        MCGIP, LLC

**DATED:** September 27, 2011

        By:    /s/ John Steele
                John Steele (Bar No. 6292158)
                Steele Hansmeier PLLC
                161 N. Clark St., Suite 4700,
                Chicago, IL 60601
                312-880-9160; Fax 312-893-5677
                jlsteele@wefightpiracy.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 27, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                                        s/ John Steele
                                                                         JOHN STEELE